IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>PAVEL VASILEVITSKIY<br>    Debtor,<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, SERVICING AGENT FOR FIRSTKEY MASTER FUNDING 2021-A COLLATERAL TRUST, U.S. BANK TRUST NATIONAL ASSOCIATION AS COLLATERAL TRUST TRUSTEE<br>    Movant,<br><br>v.<br><br>PAVEL VASILEVITSKIY, and KENNETH E. WEST, Trustee,<br>    Respondents. | Bankruptcy No. 24-13215-amc<br><br>Chapter 13 |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, comes Movant, NewRez LLC d/b/a Shellpoint Mortgage Servicing, Servicing Agent for FirstKey Master Funding 2021-A Collateral Trust, U.S. Bank Trust National Association as Collateral Trust Trustee (the "Movant"), by and through its undersigned counsel, Bernstein-Burkley, P.C., and in support of its *Motion for Relief from the Automatic Stay* (the "Motion"), represents as follows:

### THE PARTIES

1. Respondent, Pavel Vasilevitskiy (the "Debtor"), is an adult individual with a place of residence located at 8513 Bustleton Ave, Philadelphia, PA 19152-1203.

2. Kenneth E. West is the duly appointed Chapter 13 Trustee and is currently acting in such capacity.

### JURISDICTION AND VENUE

3. This matter is a core proceeding and this Court has jurisdiction pursuant to 28 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. Movant seeks relief pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 363(e) and FRBP 4001 and 9014.

## FACTUAL BACKGROUND

4. On or about September 11, 2024, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 of the Bankruptcy Code.

5. Movant, NewRez LLC d/b/a Shellpoint Mortgage Servicing, Servicing Agent for FirstKey Master Funding 2021-A Collateral Trust, U.S. Bank Trust National Association as Collateral Trust Trustee holds a mortgage (the "Mortgage") on Debtor's real property located at 8513 Bustleton Ave, Philadelphia, PA 19152-1203 ("Property"), recorded in the Office of the Recorder of Deeds for Philadelphia County, Pennsylvania, to secure a Note (the "Note") with a principal balance of $15,000.00. True and correct copies of the Mortgage, Assignment(s) of Mortgage, and Note are attached hereto as Exhibits "A", "B" and "C", respectively.

6. NewRez LLC dba Shellpoint Mortgage Servicing, services the underlying mortgage loan and note for the property referenced in this motion for Movant. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant. Movant, directly or through an agent, has possession of the Note. The Note is endorsed in blank. Movant is the beneficiary or the assignee of the Deed of Trust.

7. Pursuant to the Note, payments are due on the 9th day of each month. The current monthly mortgage has a principal and interest payment in the amount of $115.50, plus an escrow component of $149.65, making the monthly payment $265.15l, as of October 7, 2025.

8. The Debtor has failed to maintain their monthly post-petition payments. As of October 7, 2025, the loan was post-petition due for April 9, 2025 – September 9, 2025, for a total amount past due of $1,499.65. See payment history attached as Exhibit "D".

9. The payoff of the Mortgage and Note as of October 7, 2025, is $16,773.19 which includes: unpaid principal balance of $13,423.79, accrued interest in the amount of $1,255.98, funds owed by borrower in the amount of $2,131.30, minus $37.88 being held in Debtor's suspense account.

10. Due to the filing of this Motion, the Debtor's will be incurred additional bankruptcy fees in the amount of $350.00 and bankruptcy costs in the amount of $199.00.

11. NewRez LLC d/b/a Shellpoint Mortgage Servicing, Servicing Agent for FirstKey Master Funding 2021-A Collateral Trust, U.S. Bank Trust National Association as Collateral Trust Trustee is entitled to relief from the automatic stay for cause, including the lack of adequate protection, and because the Debtor has failed to make post-petition payments to Movant. 11 U.S.C. § 362(d)(1).

12. Within this motion, the Movant requests a waiver of Rule 4001(a)(4) to have relief effective upon entry of the Court Order.

WHEREFORE, Movant, NewRez LLC d/b/a Shellpoint Mortgage Servicing, Servicing Agent for FirstKey Master Funding 2021-A Collateral Trust, U.S. Bank Trust National Association as Collateral Trust Trustee, respectfully requests that this Honorable Court enter an Order, pursuant to 11 U.S.C. § 362(d) granting Movant relief from stay with respect to the property located at 8513 Bustleton Ave, Philadelphia, PA 19152-1203.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By:/s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
(412) 456-8112
Fax: (412) 456-8135

*Counsel for NewRez LLC d/b/a Shellpoint Mortgage Servicing, Servicing Agent for FirstKey Master Funding 2021-A Collateral Trust, U.S. Bank Trust National Association as Collateral Trust Trustee*

Dated: October 14, 2025