# <u>Exhibit</u>



| Post-Petition Due date | Date Received | Amount Received | Amount Due | Suspense Application | Suspense Balance |
|---|---|---|---|---|---|
| | | | | $         - | $         - |
| | 1/9/2025 | $256.00 | | $    256.00 | $    256.00 |
| 10/9/2024 | 2/11/2025 | $265.15 | $265.15 | $         - | $    256.00 |
| 11/9/2024 | 3/27/2025 | $100.00 | $265.15 | $   (165.15) | $     90.85 |
| 12/9/2024 | 4/9/2025 | $265.00 | $265.15 | $     (0.15) | $     90.70 |
| 1/9/2025 | 5/11/2025 | $265.00 | $265.15 | $     (0.15) | $     90.55 |
| 2/9/2025 | 6/10/2025 | $265.00 | $265.15 | $     (0.15) | $     90.40 |
| 3/9/2025 | 8/1/2025 | $266.00 | $265.15 | $      0.85 | $     91.25 |
| 4/9/2025 | | | $265.15 | $   (265.15) | $   (173.90) |
| 5/9/2025 | | | $265.15 | $   (265.15) | $   (439.05) |
| 6/9/2025 | | | $265.15 | $   (265.15) | $   (704.20) |
| 7/9/2025 | | | $265.15 | $   (265.15) | $   (969.35) |
| 8/9/2025 | | | $265.15 | $   (265.15) | $ (1,234.50) |
| 9/9/2025 | | | $265.15 | $   (265.15) | $ (1,499.65) |
| | | | | $         - | $ (1,499.65) |
| | | | | $         - | $ (1,499.65) |
| | | | | $         - | $ (1,499.65) |
| | | | | $         - | $ (1,499.65) |
| | | | | $         - | $ (1,499.65) |
| | | | | $         - | $ (1,499.65) |
| | | | | $         - | $ (1,499.65) |
| | | | | $         - | $ (1,499.65) |
| | | | | $         - | $ (1,499.65) |
| | | | | $         - | $ (1,499.65) |
| | | | | $         - | $ (1,499.65) |
| | | | | $         - | $ (1,499.65) |
| | | | | $         - | $ (1,499.65) |
| | | | | $         - | $ (1,499.65) |
| | | | | $         - | $ (1,499.65) |
| | | | | $         - | $ (1,499.65) |
| | | | | $         - | $ (1,499.65) |
| | | | | $         - | $ (1,499.65) |
| | | | | $         - | $ (1,499.65) |
| | | | | $         - | $ (1,499.65) |
| | | | | $         - | $ (1,499.65) |
| | | | | $         - | $ (1,499.65) |
| | | | | $         - | $ (1,499.65) |
| 12 | 7 | $1,682.15 | $3,181.80 | $ (1,499.65) | |

| Loan Number | | xxxxxx8920 |
|---|---|---|
| Debtor | | VASILEVITSKIY |
| BK filed date | | 9/11/2024 |
| BK Case # | | 24-13215 |
| Post Next Due | | 4/9/2025 |
| Suspense | $ | 91.25 |

| Due Date | Due Amount | # Months | | Total Due |
|---|---|---|---|---|
| 4/9/2025 - 9/9/2025 | $265.15 | 6 | $ | 1,590.90 |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | Subtotal | | $ | 1,590.90 |
| | Less Unapplied | | $ | 91.25 |
| | Total to bring current | | $ | 1,499.65 |

$        1,590.90
$       (1,499.65)
$           91.25  unapplied

**Payment Address:**
Shellpoint Mortgage Servicing
PO Box 650840
Dallas, TX 75265-0840

**Overnight Payment Address:**
Shellpoint Mortgage Servicing
Attn Payment Processing
75 Beattie Place Ste LL202
Greenville, SC 29601

| Due Date | P&I | Interest Rate | Escrow | Total | Filed w/Courts |
|---|---|---|---|---|---|
| 10/9/2025 | $115.50 | 10.500% | $149.65 | $265.15 | POC - 11/20/2024 |