IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>PAVEL VASILEVITSKIY<br>      Debtor,<br><br><br>TOYOTA MOTOR CREDIT CORPORTATION<br>      Movant,<br><br>   v.<br><br>PAVEL VASILEVITSKIY, and<br>KENNETH E. WEST, Trustee,<br>      Respondents. | Bankruptcy No. 24-13215-amc<br><br>Chapter 13 |
|---|---|

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, comes Movant, Toyota Motor Credit Corporation (the "Movant"), by and through its undersigned counsel, Bernstein-Burkley, P.C., and files this Motion for Relief from the Automatic Stay (the "Motion"), representing as follows:

### THE PARTIES

1. Respondent, Pavel Vasilevitskiy (the "Debtor") is an adult individual with a place of residence located at 8513 Bustleton Avenue, Philadelphia, PA 19152.

2. Kenneth E. West is the duly appointed Chapter 13 Trustee and is currently acting in such capacity.

### JURISDICTION AND VENUE

3. This matter is a core proceeding and this Court has jurisdiction pursuant to 28 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. Movant seeks relief pursuant to 11 U.S.C. § 362(d) and FRBP 4001 and 9014.

### FACTUAL BACKGROUND

4. On or about September 11, 2024, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 of the Bankruptcy Code.

5. On or about September 24, 2022, the Debtor purchased a 2020 Toyota Corolla, VIN: 5YFP4RCE4LP006862 (the "Vehicle"), pursuant to a Retail Installment Contract (the "Contract") with the Movant, a true and correct copy of which is attached hereto as **Exhibit A**.

6. Movant has a secured interest in the Vehicle, as evidenced by the Certificate of Title attached hereto as **Exhibit B**.

7. The Contract requires monthly payments of $659.64, which amounts are due on or before the 8th of each month.

8. As of the date of this Motion, the Debtor is in default of their payment obligations to Movant in the amount of $1,977.44. The Debtor is currently due for the payment due on August 8, 2025 – October 8, 2025 post-petition payment.

9. The Debtor's Chapter 13 Plan states that payments to Movant will be made outside the Plan.

10. The Total Debt due on the Contract as of October 29, 2025, was $24,931.29.

11. The N.A.D.A value for the 2020 Toyota Corolla, VIN: 5YFP4RCE4LP006862 is $14,925.00. A true and correct copy of a printout showing that value is attached hereto as **Exhibit C**

12. Movant is entitled to relief from the automatic stay for cause, including the Debtor's failure to maintain their post-petition payments to Movant. 11 U.S.C. §362(d)(1).

WHEREFORE, Movant, Toyota Motor Credit Corporation, respectfully requests that this Honorable Court enter an Order, pursuant to 11 U.S.C. § 362(d), granting Movant relief from stay with respect to the 2020 Toyota Corolla, VIN: 5YFP4RCE4LP006862.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

Dated: October 31, 2025                Counsel for Toyota Motor Credit Corporation