IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>PAVEL VASILEVITSKIY<br>      Debtor,<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, SERVICING AGENT FOR FIRSTKEY MASTER FUNDING 2021-A COLLATERAL TRUST, U.S. BANK TRUST NATIONAL ASSOCIATION AS COLLATERAL TRUST TRUSTEE<br>      Movant,<br><br>   v.<br><br>PAVEL VASILEVITSKIY, and KENNETH E. WEST, Trustee,<br>      Respondents. | Bankruptcy No.  24-13215-amc<br><br><br>Chapter 13 |

## PRAECIPE TO RE-LIST HEARING ON THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, comes Movant, NewRez LLC d/b/a Shellpoint Mortgage Servicing, Servicing Agent for FirstKey Master Funding 2021-A Collateral Trust, U.S. Bank Trust National Association as Collateral Trust Trustee  (the "Movant"), by and through its undersigned counsel, , Metz Lewis Brodman Must O'Keefe., and files this *Praecipe to Relist Hearing the Motion for Relief from the Automatic Stay* (the "Praecipe"), stating as follows:

1.      On October 24, 2025, Movant filed a Motion for Relief from the Automatic Stay at Docket No. 35.

2.      On November 3, 2025, the Debtor filed a *Response to Motion for Relief from the Automatic Stay* (the "Response") at Docket No. 41.

3.       After continued negotiations, on December 16, 2025,  the matter was marked as settled and a stipulation to resolve Motion for Relief from the Automatic Stay was to be filed.

RELIEF REQUESTED

4. Movant now requests that this Honorable Court re-list the hearing on the Motion

for Relief from the Automatic Stay for April 21, 2026, at 11:00 a.m.


Respectfully submitted,

METZ LEWIS BRODMAN MUST O'KEEFE

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone - (412) 918-1112

*Counsel for Movant*

Dated: March 24, 2026