**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Pavel Vasilevitskiy | : | Chapter 13 |
| | : | Case No.: 24-13215-AMC |
| Debtor | : | |

**ORDER GRANTING DEBTOR'S MOTION
FOR AUTHORITY TO SELL REAL PROPERTY**

**AND NOW,** upon consideration of the Motion for Authority to Sell Real Property filed by the debtor, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that the Debtor is granted permission to sell the real property located 8513 Bustleton Avenue, Philadelphia, PA 19152 ("Property"), for the sale price of $257,000.00, pursuant to the terms of a certain real estate agreement of sale dated as of April 09, 2026, to the buyer(s) thereunder, Tilek Moldobekov and Marina Mandzhieva ("Buyer").

The proceeds from the real estate sale, paid into the Chapter 13 Plan, will result in distribution of payment of 100% to all allowed unsecured claims.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the approximate following manner:

1.  Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters   $4,200.00

2.  Liens paid at closing -   $91,709.93

3.  Real estate taxes, sewer, trash and/or other such items   $TBD

4.  Property repairs, if any   $_____

5.  Real estate commission, at no greater than 6%   $15,420.00

6.  Attorney's fees, if any   $_____

7.  Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement   $_____

| 8. | Other (Kenneth West) | $58,867.00 |
| | ESTIMATED AMT DUE TO SELLER(S) | $86,803.07 |

This Order is contingent upon the mortgage lien(s) held by Citizens Bank, N.A. and NewRez LLC or its assigns being paid in full at closing pursuant to a proper payoff quote obtained prior to and good through the closing date; or any short payoff shall be approved by Citizens Bank, N.A. and NewRez LLC.; and Debtor shall have ninety (90) days from entry of this Order to sell the Property.

Any judgments and liens shall be paid at closing in amounts necessary to provide the buyer with clear title.

The Standing Chapter 13 Trustee, Kenneth West, is authorized to adjust the percentage to unsecured creditors based on the funds received in accordance with 11 USC §1329.

ORDERED that this Order shall constitute an order permitting the Debtor(s) to make disbursements at or immediately after settlement as provided herein above.

The title clerk shall fax (215) 627-6299 and email a completed HUD-1 or settlement sheet from the closing directly to settlementsheet@ph13trustee.com immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed. Upon trustee approval, the title clerk shall fax a copy of the disbursement check to the trustee and shall immediately transmit the actual disbursement check to the trustee by overnight courier.

Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

BY THE COURT:

Dated: May 6, 2026

HONORABLE ASHELY M CHAN
UNITED STATES BANKRUPTCY JUDGE