**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
| **Pavel Vasilevitskiy** | : | Chapter 13 |
| | : | |
| | : | Case No 24-13215-amc |
| Debtor | : | |

**CERTIFICATE OF SERVICE**

I, Brad J. Sadek, Esq., certify that on the date indicated below served a true and correct copy of the Debtor's Praecipe to Voluntarily Dismiss Bankruptcy Case by electronic delivery or Regular US Mail to the Debtor, the Standing Chapter 13 Trustee, all secured, priority and affected creditors per the address provided on their Proofs of Claim and the following parties:

**Kenneth E. West, Esq.**
Standing Chapter 13 Trustee
*Electronic Service*

Dated: May 7, 2026

/s/ Brad J. Sadek
Brad J. Sadek, Esquire
Sadek Law Offices, LLC
Two Penn Center
1500 JFK Boulevard, Suite 220
Philadelphia, Pennsylvania 19102
Telephone: (215) 545-0008
Facsimile: (215) 545-0611
brad@sadeklaw.com