**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| **Pavel Vasilevitskiy** | : | Chapter 13 |
| | : | |
| | : | Case No 24-13215-amc |
| Debtor | : | |

**O R D E R**

AND NOW, upon consideration of the Debtor's Praecipe to Voluntarily Dismiss Bankruptcy

Case, and after notice and an opportunity to be heard, it is hereby

ORDERED and DECREED that the Debtor's chapter 13 case is DISMISSED.

Date: May 12, 2026

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE